TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
ELLINOR R. CODER
Special Assistant United States Attorney
CA State Bar No.: 258258
  Assistant Regional Counsel
  Social Security Administration, Region IX
  160 Spear Street, Suite 800
  San Francisco, California 94105
Tel: (415) 977-8955
Fax: (415) 744-0134
E-mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant
ANDREW SAUL

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRENDA JOYCE FRANK,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br>    Defendant. | No. 2:20-cv-05098-KK<br><br>[~~PROPOSED~~]<br>**JUDGMENT OF REMAND** |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further

///

proceedings consistent with the Stipulation of Remand.

DATED: April 21, 2021

HON. KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE